UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ISAAC S. YOUNGBLOOD,           )   No. CV 18-2770 VAP (FFM)
                               )
            Petitioner,        )
                               )   JUDGMENT
      v.                       )
                               )
WARDEN,                        )
                               )
            Respondent.        )
_____)

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  December 4, 2018

                                    /s/ Virginia A. Phillips
                                    VIRGINIA A. PHILLIPS
                                    Chief United States District Judge